Michelle L. Roberts, State Bar No. 239092
E-mail: michelle@robertsdisability.com
Kristin P. Kyle de Bautista, State Bar No. 221750
E-mail: kristin@robertsdisability.com
ROBERTS DISABILITY LAW, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
Telephone: (510) 230-2090
Facsimile: (510) 230-2091

Attorneys for Plaintiff,
HASHMAT AHMED

Robert E. Hess, State Bar No. 178042
E-mail: rhess@maynardnexsen.com
MAYNARD NEXSEN LLP
10100 Santa Monica Boulevard, Ste. 550
Los Angeles, CA 90067
Telephone: (310) 596-4500

Attorneys for Defendant,
PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASHMAT AHMED,<br><br>    Plaintiff,<br><br>  vs.<br><br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br><br>    Defendant. | CASE NO.: 3:25-cv-06151-SK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

Plaintiff Hashmat Ahmed and Defendant Provident Life and Accident Insurance Company, by and through their respective counsel of record whose signature appear below, hereby stipulate and request that the above-captioned action be dismissed in its entirety with prejudice. Each party shall bear their own attorneys' fees and costs.

/ / /

/ / /

1

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER – Case No.
3:25-cv-06151-SK

Roberts Disability Law, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
(510) 230-2090

DATED:  February 17, 2026                    ROBERTS DISABILITY LAW, P.C.

                                             By:    /s/ Kristin P. Kyle de Bautista
                                                    Kristin P. Kyle de Bautista
                                                    Attorneys for Plaintiff,
                                                    HASHMAT AHMED


DATED: February 17, 2026                     MAYNARD NEXSEN LLP

                                             By:    /s/ Robert Hess
                                                    Robert Hess
                                                    Attorneys for Defendants,
                                                    PROVIDENT LIFE AND ACCIDENT
                                                    INSURANCE COMPANY

**Filer's Attestation**

*Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, Kristin P. Kyle de Bautista hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

                                             /s/ Kristin P. Kyle de Bautista
                                             Kristin P. Kyle de Bautista

**ORDER**

        PURSUANT TO STIPULATION, this action is dismissed in its entirety with prejudice.

Each party shall bear their own attorneys' fees and costs.

        **IT IS SO ORDERED.**

DATED: February 17, 2026          _____

                                    Honorable Sallie Kim
                                    United States Magistrate Judge

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER – Case No.
3:25-cv-06151-SK